890

*Per Curiam:* Petition for writ of certiorari granted. The order of the Court of Appeals is vacated and the case is remanded to that court for further consideration in the light of the opinion of this Court in *Adkins* v. *DuPont de Nemours & Co., ante,* p. 331. *Grover N. McCormick* for petitioner. *Roane Waring* and *Sam P. Walker* for respondent.

No. 178, Misc. WATERMAN *v.* SANBORN, ACTING WARDEN;

No. 226, Misc. BURALL *v.* SWOPE, WARDEN;

No. 228, Misc. BAUTZ *v.* RAGEN, WARDEN; and

No. 236, Misc. CANNADY *v.* RAGEN, WARDEN. The motions for leave to file petitions for writs of habeas corpus are severally denied.

No. 272. TERMINIELLO *v.* CHICAGO. Supreme Court of Illinois. Certiorari granted. *Albert W. Dilling* for petitioner. *Joseph F. Grossman* for respondent.

No. 396. MORGANTOWN *v.* ROYAL INSURANCE CO., LTD. C. A. 4th Cir. Certiorari granted. *W. G. Stathers* for petitioner. *James M. Guiher* for respondent.

No. 121, Misc. TAYLOR *v.* DENNIS, WARDEN. Motion for leave to file petition for writ of certiorari granted. Petition for writ of certiorari granted. MR. JUSTICE BLACK took no part in the consideration or decision of these applications. *Nesbitt Elmore, Thurgood Marshall, Marian Wynn Perry* and *Frank D. Reeves* for petitioner.